**MCM** Midland Credit Management™
350 Camino De La Reina
Suite 100
San Diego, CA 92108

10/7/2019

| | |
|---|---|
| Original Creditor | CAPITAL ONE BANK (USA), N.A. |
| Current Owner | Midland Credit Management, Inc. |
| Original Account Number | xxxxxxxxxxxx0513 |
| MCM Account Number | 9916 |
| Current Balance | $2,981.19 |

P9 T60  021 

Maureen Debiase
Montclair, NJ  07042-3106

You are pre-approved for a 10% discount!
Reply Now **MidlandCredit.com**
or call **877-653-5260** by 11/6/2019

## Choose The Option That Works For You.

RE CAPITAL ONE BANK (USA), N.A.

Dear Maureen,

Congratulations! You have been pre-approved for a discount program designed to save you money. Act now to maximize your savings and put this debt behind you. Pay today at MidlandCredit.com or call 877-653-5260 now.

| Option 1*: | 10% off | You Pay Only |
|---|---|---|
| Payment Due Date: | 11/6/2019 | $2,683.07 |

| Option 2**: | 5% off | 6 Monthly Payments of Only |
|---|---|---|
| First Payment Due Date: | 11/6/2019 | $472.02 |

| Option 3: | Monthly Payments As Low As | $50 per month |
|---|---|---|
| | Call today to discuss your options and get more details. | |

If these options don't work for you, call one of our Account Managers to help you set up a payment plan that does.

Sincerely,

*Tim Bolin*
Division Manager

*To take advantage of Option 1, log in to MidlandCredit.com, choose "MAKE A PAYMENT" and follow the on-screen instructions. You may also call 877-653-5260.
**Option 2 is only available by calling 877-653-5260.

### Benefits of Paying!

➢ Save up to $298.12

➢ Offer Expiration date: 11/6/2019

**MidlandCredit.com**
**877-653-5260**
Hours of Operation
Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET

We are not obligated to renew any offers provided.

 **MidlandCredit.com**    **877-653-5260**    Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**