## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Maureen DeBiase

Plaintiff,

v.                                    Civil Action No. 2:20-cv-14070-JMV-JBC

Midland Credit Management, Inc.       **STIPULATION OF DISMISSAL**

Defendant.

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the Plaintiff and Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims that were or could have been made herein by Plaintiff are hereby dismissed with prejudice as to Plaintiff and without prejudice as to any unnamed class members, without costs to any party as against any other, and with each party bearing its own legal costs and expenses.

**IT IS HEREBY FUTHER AGREED,** that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: Floral Park, NY
    March 9, 2021

    /s/ Ryan L. Gentile, Esq.
    Law Offices of Gus Michael Farinella, PC
    110 Jericho Turnpike – Suite 100
    Floral Park, NY 11001
    Tel: 201-873-7675
    Email: rlg@lawgmf.com
    *Attorneys for Plaintiff, Maureen DeBiase*

    /s/ Dana Briganti, Esq.
    Hinshaw & Culbertson, LLP
    800 Third Avenue, 13th Floor
    New York, NY 10022
    Tel: 212-471-6200
    Email: dbriganti@hinshawlaw.com
    *Attorneys for Defendant*

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:   3/9/21